**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer A. Lis                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13146 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Midfirst Bank and index same on the master mailing list.

                                                         Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
30 Dec 2022, 12:04:59, EST

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322