Certificate Number: 03088-PAE-DE-037099600

Bankruptcy Case Number: 22-13146



03088-PAE-DE-037099600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2023, at 12:18 o'clock PM CST, Jennifer A Lis completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 11, 2023      By:  /s/Katherine Minnich

Name:  Katherine Minnich

Title:  Counselor