# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-13146-AMC

JENNIFER A LIS

10211 AMBRIDGE PLACE

PHILADELPHIA, PA 19114

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JENNIFER A LIS

    10211 AMBRIDGE PLACE

    PHILADELPHIA, PA 19114

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                                /S/ Kenneth E. West

Date: 6/6/2023                                _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee