# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| JENNIFER A LIS | : | Chapter 13 |
|  | : | Case No.: 22-13146-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: September 6, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard Suite 220
Philadelphia, Pa 19102
215-545-0008