IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **In Re:** | : | |
|---|---|---|
| Jennifer A Lis | : | Chapter 13 |
| | : | Case No. 22-13146-AMC |
| Debtor(s) | : | |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED** and Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,725.00.

2. Debtor's counsel has received $1,410.00 in pre-petition fees.

3. Accordingly, debtor's counsel is entitled to the greater of $4,725.00 less the pre-petition amount paid to date OR the balance on hand, $3,061.76, as held by the Chapter 13 Trustee.

4. The Chapter 13 Trustee is authorized to distribute to the Applicant $3,061.76 as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

~~FURTHER ORDERED:~~

**Dated**   September 8, 2023

_____
**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**