# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jennifer A Lis | Debtor(s) | BK NO. 22-13146 AMC |
| MidFirst Bank vs. | Movant | Chapter 13 |
| Jennifer A Lis | Debtor(s) | Related to Claim No. 3 |
| Kenneth E. West, | Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 13, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jennifer A Lis
10211 Ambridge Place
Philadelphia, PA 19114

Attorney for Debtor(s)
Brad J Sadek, 1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: June 13, 2023

/s/Mark A. Cronin Esquire
Mark A. Cronin Esquire
Attorney I.D. 58240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mcronin@kmllawgroup.com